IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| CRST EXPEDITED, INC.,<br><br>　　Plaintiff,<br>v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,<br><br>　　Defendant. | Case No. 1:17-cv-00025<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff CRST Expedited, Inc. appeals to the United States Court of Appeals for the Eighth Circuit from the Amended Judgment in a Civil Action entered on December 16, 2019 (Docket No. 274) and from each and every other adverse judgment, order and ruling inherent therein, including the Order entered on December 16, 2019 (Docket No. 273) granting, in part, Defendant's Renewed Motion for Judgment as a Matter of Law and a New Trial on Damages or, in the Alternative, Remittitur (Docket No. 242), and the Memorandum Opinion and Order regarding Defendant's Motion for Summary Judgment (Docket Number 169).

Simmons Perrine Moyer Bergman plc

By: /s/ Kevin J. Visser
Kevin J. Visser AT0008101
Paul D. Gamez AT0002806
Abram V. Carls AT0011818
Nicholas Petersen AT0012570
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Telephone: (319) 366-7641
kvisser@spmblaw.com
pgamez@spmblaw.com
acarls@spmblaw.com
npetersen@spmblaw.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify on January 13, 2020, I filed a copy of the foregoing using the CM/ECF system, which will send notification of such filing to all attorneys and parties of record.

/s/ Kevin J. Visser