# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| **CRST EXPEDITED, INC.** ) | |
| ) | Case No. 17-cv-00025-CJW |
| Plaintiff, ) | |
| ) | **NOTICE OF APPEAL** |
| v. ) | |
| ) | |
| **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC** ) | |
| ) | |
| Defendant. ) | |

Notice is hereby given that Swift Transportation Co. of Arizona, LLC, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Summary Judgment Memorandum Opinion and Order entered in this action on June 4, 2019 (Dkt. 169), the final judgment entered in this action on July 23, 2019 (Dkt. 238), the post-judgment Order entered in this action on December 16, 2019 (Dkt. 273), and the amended final judgment dated December 16, 2019 (Dkt. 274), including each and every other adverse judgment, order and ruling inherent therein.

Dated: January 14, 2020      Respectfully Submitted,

*/s/ Kevin M. Cloutier*
Kevin M. Cloutier (Illinois Bar No. 6273805)
*Pro Hac Vice*
Bradley C. Graveline (Illinois Bar No. 06203817)
*Pro Hac Vice*
Shawn D. Fabian (Illinois Bar No. 6310637)
*Pro Hac Vice*
Amy I. Harwath (Illinois Bar No. 6324021)
*Pro Hac Vice*
Sheppard, Mullin, Richter & Hampton LLP
70 West Madison Street, Suite 4800
Chicago, IL  60602
kcloutier@sheppardmullin.com

bgraveline@sheppardmullin.com
sfabian@sheppardmullin.com
aharwath@sheppardmullin.com
Phone: (312) 499-6300
Facsimile: (312) 499-6301

Vernon P. Squires (#LI0014929)
Bradley & Riley PC
2007 First Avenue SE
PO Box 2804
Cedar Rapids, IA 52406-2804
vsquires@bradleyriley.com
kbaier@bradleyriley.com
Phone: (319) 363-0101
Facsimile: (319) 363-9824

*ATTORNEYS FOR DEFENDANT SWIFT TRANSPORTATION CO. OF ARIZONA, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of this document was served upon the following counsel of record at the addresses indicated by CM/ECF electronic notification on this 14th day of January, 2020:

Kevin J. Visser
Paul D. Gamez
Abram Carls
Nicholas Petersen
Simmons Perrine Moyer Bergman PLC
115 Third Street Se, Suite 1200
Cedar Rapids, IA 52401

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Kevin M. Cloutier*
Kevin M. Cloutier